UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO C. BRISENO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 1:21-cv-00720-HBK (SS)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*, DIRECTING CLERK TO ISSUE THE SCHEDULING ORDER<br><br>(Doc. No. 2) |

　　　　Pending before the Court is Plaintiff's motion for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 in this Social Security appeal. (Doc. No. 2). Plaintiff's declarations in the motion satisfies the requirements under § 1915 to proceed *in forma pauperis*. By separate order, this Court will issue its Scheduling Order.

　　　　Accordingly, it is **ORDERED**:

　　　　1. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

　　　　2. The Clerk is directed to issue the Scheduling Order.

　　　　3. The Clerk is directed to issue summons and service shall proceed under the Court's E-Service program as set forth in the Scheduling Order.

1

1 | IT IS SO ORDERED.

3 | Dated: ___June 16, 2021___

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE